NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD C. PATTERSON,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3209

---

Petition for review of the Merit Systems Protection Board in case no. DE0752890371-C-5.

---

## ON MOTION

---

## ORDER

Edward C. Patterson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 9 2011
<u>                    </u>
Date

/s/ Jan Horbaly
<u>                    </u>
Jan Horbaly
Clerk

cc:  Edward C. Patterson
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 0 9 2011

**JAN HORBALY**
**CLERK**